
RECEIVED DEC 13 2012 CHAMBERS OF ANDREW J. PECK

# MACRON & COWHEY, P.C.
## ATTORNEYS AT LAW

491 Bard Avenue
Staten Island, New York 10310
(718) 474-0111
Fax (718) 889-3584
John@MacronCowhey.Com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 12/14/12

December 13, 2012

Andrew J. Peck
United States Magistrate Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

Grand Manor Health Related Facility, Inc. v. Hamilton Equities, et al
Docket No. 12 Civ. 4916 (JGK) (AJP)

Dear Judge Peck:

Pursuant to your Order For Settlement Conference, dated December 3, 2012, I write this letter to advise the Court and opposing counsel that the client representative who will attend the settlement conference on December 20, 2012 will be Robert Nova. Mr. Nova is the owner of Hamilton Equities, Inc.

Respectfully,

John J. Macron

cc: Roy W. Breitenbach, Esq.
Rebecca S. Tinio, Esq.
Steven S. Rand, Esq.

MEMO ENDORSED 12/14/12

Sugar Chait-Grodt also must attend the settlement conference.

SO ORDERED:

Hon. Andrew Jay Peck
United States Magistrate Judge

Copies by ECF

# ECF TRANSCRIPTION SHEET



ANDREW J. PECK
UNITED STATES MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT
Southern District of New York
United States Courthouse
500 Pearl Street, Room 1370
New York, N.Y. 10007-1312

Fax No.: (212) 805-7933
Telephone No.: (212) 805-0036

Dated: December 14, 2012                Total Number of Pages: 2

## TRANSCRIPTION OF MEMO ENDORSED ORDER

Suzan Chait-Grandt also must attend the settlement conference.

Copies to: All Counsel
Judge John G. Koeltl