

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street, 3rd floor*
*New York, New York 10007*

December 14, 2012

**BY FACSIMILE**
The Honorable John G. Koeltl
United States District Judge
United States Courthouse
500 Pearl Street
New York, New York 10007

Re: *Grand Manor Health Related Facility, Inc. v. Hamilton Equities Co., et al.*, No. 12-cv-4916

Dear Judge Koeltl:

This Office represents the United States Department of Housing and Urban Development ("HUD"), Interpleaded Defendant in the above-referenced case. I write on behalf of HUD, Interpleaded Defendant Berkadia Commercial Mortgage, LLC, and Intervener Grand Manor Health Related Facility, Inc., respectfully to request a seven-day extension of these three parties' time to respond to the Amended Interpleader Complaint from December 14, 2012 to December 21, 2012. These parties have conferred with counsel for the Interpleader Plaintiffs, who consents to this request. If this request is granted, we request a corresponding extension of the Interpleader Plaintiffs' opposition deadline to Friday, January 4, 2013. No other extensions have been requested of this deadline.

Thank you for your consideration.

Respectfully,
PREET BHARARA
United States Attorney

By: _____
REBECCA S. TINIO
Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, New York 10007
Tel.    (212) 637-2774
Fax    (212) 637-2702

APPLICATION GRANTED
SO ORDERED
/s/ John G. Koeltl
John G. Koeltl, U.S.D.J.

12/14/12

cc (by e-mail):  Roy Breitenbach, Esq.
                 John Macron, Esq.
                 Steven S. Rand, Esq.

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/14/2012