PREET BHARARA
United States Attorney for the
Southern District of New York
By: REBECCA S. TINIO
Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, New York 10007
T: (212) 637-2774
F: (212) 637-2702
E-mail: rebecca.tinio@usdoj.gov

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HAMILTON EQUITIES COMPANY, HAMILTON EQUITIES, INC., ROBERT NOVA, SUZAN CHAIT-GRANDT, MACRON & COWHEY, P.C., and JOHN MACRON,<br><br>            Interpleading Plaintiffs,<br><br>v.<br><br>BERKADIA COMMERCIAL MORTGAGE, LLC and the UNITED STATES DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT,<br><br>            Interpleaded Defendants. | No. 12 Civ. 4916 (JGK)<br><br>**NOTICE OF MOTION** |

PLEASE TAKE NOTICE that upon the accompanying memorandum of law dated December 21, 2012, Defendant the United States Department of Housing and Urban Development, by its attorney Preet Bharara, United States Attorney for the Southern District of New York, hereby moves this Court, before the Honorable John G. Koeltl, United States District Judge, in the United States Courthouse, 500 Pearl Street, New York, New York, for dismissal of the Amended Interpleader Complaint as to Defendant the United States Department of Housing and Urban Development pursuant to Rule 12(b)(1) or, in the alternative, Rule 12(b)(6) of the Federal Rules of Civil Procedure.

Dated: New York, New York
December 21, 2012

                    PREET BHARARA
                    United States Attorney for the
                    Southern District of New York
                    *Attorney for Defendant HUD*

By:    */s/ Rebecca S. Tinio*
       REBECCA S. TINIO
       Assistant United States Attorney
       86 Chambers Street
       New York, New York 10007
       T: (212) 637-2774
       F: (212) 637-2702
       E-mail: rebecca.tinio@usdoj.gov

To:    John Macron, Esq.
      Macron & Cowhey, PC
      160 Broadway, 4th Floor
      New York, NY 10038
      *Attorneys for Interpleading Plaintiffs*

      Steven S. Rand, Esq.
      Zeichner Ellman & Krause LLP
      575 Lexington Avenue
      New York, NY 10022
      *Attorneys for Interpleaded Defendant Berkadia Commercial Mortgage, LLC*

      Roy W. Breitenbach
      Garfunkel Wild, P.C.
      111 Great Neck Road
      Great Neck, New York 11021
      *Attorneys for Intervener Grand Manor Health Related Facility, Inc.*