UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
GRAND MANOR HEALTH RELATED FACILITY, :
INC.,                                                             :
                                                                  :  **NOTICE OF MOTION**
                       Plaintiff,                          :
  v.                                                              :
                                                                  :  12 Civ. 4916 (JGK)
HAMILTON EQUITIES COMPANY, HAMILTON     :
EQUITIES, INC., ROBERT NOVA, SUZAN                                :
CHAIT-GRANDT; MACRON & COWHEY, P.C.,                              :
and JOHN MACRON,                                                  :
                                                                  :
                       Defendants.                         :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
HAMILTON EQUITIES COMPANY, HAMILTON     :
EQUITIES, INC., ROBERT NOVA, SUZAN                                :
CHAIT-GRANDT; MACRON & COWHEY, P.C.,                              :
and JOHN MACRON,                                                  :
                       Defendants/                        :
                       Interpleading Plaintiffs,:
  v.                                                              :
                                                                  :
BERKADIA COMMERCIAL MORTGAGE, LLC       :
and UNITED STATES DEPARTMENT OF                                   :
HOUSING ND URBAN DEVELOPMENT,                                     :
                                                                  :
                       Interpleaded                        :
                       Defendants.                         :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
HAMILTON EQUITIES COMPANY, HAMILTON     :
EQUITIES, INC., ROBERT NOVA, SUZAN                                :
CHAIT-GRANDT; MACRON & COWHEY, P.C.,                              :
and JOHN MACRON,                                                  :
                                                                  :
                       Defendants/                        :
                       Third Party Plaintiffs,             :
  v.                                                              :
                                                                  :
GRAND MANOR HEALTH RELATED FACILITY,    :
GARFUNKEL WILD, P.C., ROY W.                                      :
BREITENBACH, ESQ. and MARTIN LIEBMAN,                             :
                                                                  :
                       Third Party Defendants.             :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

2336857v.1

PLEASE TAKE NOTICE that, upon the Declaration of Roy W. Breitenbach, dated December 21, 2012; the exhibit annexed thereto; and the accompanying memorandum of law, Plaintiff / Third Party Defendant Grand Manor Health Related Facility, Inc., by and through its attorneys, Garfunkel Wild, P.C., will move this Court, before The Honorable John G. Koeltl, United States District Judge, at the United States District Court, 500 Pearl Street, New York, New York, at a time and date to be determined by the Court, for dismissal of the Supplemental Interpleader Complaint, as denominated under the Court's November 14, 2012 Order, under Rules 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure for lack of subject matter jurisdiction and the failure to state a claim upon which relief can be granted, and for such other and further relief as this Court deems just and proper.

Dated: Great Neck, New York
      December 21, 2012

GARFUNKEL WILD, P.C.
*Attorneys for Grand Manor Health Related Facility, Inc.*

By:   /s/ Roy W. Breitenbach
       Roy W. Breitenbach
       Jason Hsi
111 Great Neck Road
Great Neck, New York 11021
(516) 393-2200
rbreitenbach@garfunkelwild.com
jhsi@garfunkelwild.com

John J. Macron, Esq.
Macron & Cowhey, P.C.
160 Broadway, 4th Floor
New York, New York 10038
*Attorneys for Defendants/Third Party Plaintiffs*

2336857v.1

Steven S. Rand, Esq.
Zeichner Ellman & Krause LLP
575 Lexington Avenue
New York, NY 10022
*Attorneys for Interpleaded Defendant*
*Berkadia Commercial Mortgage LLC*


Rebecca S. Tinio, Esq.
Preet Bharara, United States Attorney for the Southern District of New York
86 Chambers Street, 3rd Floor
New York, NY 10007
*Attorneys for Interpleaded Defendant*
*United States Department of Housing and Urban Development*