Steven S. Rand
Tarique N. Collins
ZEICHNER ELLMAN & KRAUSE LLP
575 Lexington Avenue
New York, New York 10022

*Attorneys for Berkadia Commercial Mortgage, LLC*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GRAND MANOR HEALTH RELATED FACILITY, INC.,<br>Plaintiff,<br>– against –<br>HAMILTON EQUITIES COMPANY, HAMILTON EQUITIES, INC., ROBERT NOVA, SUZAN CHAIT-GRANDT, MACRON & COWHEY, P.C., and JOHN MACRON,<br>Defendants. | Case No.:  12 Civ. 4916 (JGK)<br><br>**NOTICE OF MOTION<br>TO DISMISS PURSUANT TO<br>FED.R.CIV.P. 12(b)(6)** |
| HAMILTON EQUITIES COMPANY, HAMILTON EQUITIES, INC., ROBERT NOVA, SUZAN CHAIT-GRANDT, MACRON & COWHEY, P.C., and JOHN MACRON,<br>Defendants/<br>Interpleading Plaintiffs,<br>– against –<br>BERKADIA COMMERCIAL MORTGAGE, LLC and the UNITED STATES DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT,<br>Interpleaded Defendants. | |
| HAMILTON EQUITIES COMPANY, HAMILTON EQUITIES, INC., ROBERT NOVA, SUZAN CHAIT-GRANDT, MACRON & COWHEY, P.C., and JOHN MACRON,<br>Defendants/<br>Third-Party Plaintiffs,<br>– against –<br>GRAND MANOR HEALTH RELATED FACILITY, GARFUNKEL WILD, P.C., ROY W. BREITENBACH, ESQ., and MARTIN LIEBMAN.,<br>Third-Party Defendants. | |

TAKE NOTICE, that upon the Declaration of Steven S. Rand dated December 21, 2012, the exhibit attached thereto, the Declaration of Michael Mason dated December 12, 2012, the accompanying memorandum of law dated December 21, 2012, and all pleadings and proceedings had herein, Berkadia Commercial Mortgage, LLC shall make a motion before the Honorable John G. Koeltl, at the United States Court House, 500 Pearl Street, New York, New York, for an order pursuant to Fed. R. Civ. P. 12(b)(6), dismissing claim in the Supplemental Interpleader Complaint asserted against Interpleader Defendant Berkadia Commercial Mortgage, LLC.

TAKE FURTHER NOTICE, that opposing papers, if any, shall be served not later than January 4, 2013, pursuant to Court Order.

Dated:   New York, New York
         December 21, 2012

ZEICHNER ELLMAN & KRAUSE LLP

By: _____
    Steven S. Rand
    Tarique N. Collins
    Attorneys for
     Berkadia Commercial Mortgage, LLC
    575 Lexington Avenue
    New York, New York 10022
    (212) 223-0400

TO:   John Macron, Esq.
      Macron & Cowhey, PC
      160 Broadway, 4th Floor
      New York, New York 10038

      Roy W. Breitenbach, Esq.
      Garfunkel Wild, P.C.
      111 Great Neck Road
      Great Neck, New York 11021

      Rebecca S. Tinio, Esq.
      United States Attorneys' Office
      Southern District of New York
      Civil Division
      86 Chambers Street, 3rd Floor
      New York, New York 10007