# GARFUNKEL WILD, P.C.

ATTORNEYS AT LAW

111 GREAT NECK ROAD • GREAT NECK, NEW YORK 11021
TEL (516) 393-2200 • FAX (516) 466-5964

ROBERT ANDREW WILD
FREDERICK I. MILLER
JUDITH A. EISEN
LEONARD M. ROSENBERG
JEFFREY S. BROWN
ANDREW H. BLUSTEIN
BURTON S. WESTON
MICHAEL J. KEANE
HAYDEN S. WOOL
GREG E. BLOOM
ROY W. BREITENBACH
LOURDES MARTINEZ
STEVEN E. ANTICO
JEFFREY ADEST
STEVEN J. CHANANIE
PETER M. HOFFMAN
ANDREW L. ZWERLING
DORIS L. MARTIN
LARA JEAN ANCONA
SUZANNE M. AVENA

BARRY B. CEPELEWICZ, M.D.
KEVIN G. DONOGHUE
STEVEN D. GORELICK
STACEY L. GULICK
H. SCOTT HIGGINS
BARBARA D. KNOTHE
EVE GREEN KOOPERSMITH
JOHN F. KRALJIC
LAUREN M. LEVINE
SEAN P. LEYDEN
JOHN G. MARTIN
PATRICK J. MONAHAN II
MARIANNE MONROY
ALAN H. PERZLEY
KAREN L. ROIGARD
ROBERT E. SCHILLER
ANDREW J. SCHULSON
AFSHEEN A. SHAH
DEBRA A. SILVERMAN
CHRISTINA VAN VORT

SHANNON CARROLL
WENDY A. CHOW
ZACHARY B. COHEN
MATTHEW COLFORD
LAUREN D. GOLDBERG
THERESA A. HARRIS
JASON Y. HSI
TRACY D. HUBBELL
MICHAEL J. KEANE, JR.
KIMBERLY KEMPTON-SERRA
JAY C. KLEAR
STACEY P. KLEIN
ROBERT H. KOONIN
SALVATORE PUCCIO
STEPHANIE N. RESTIFO
COURTNEY A. ROGERS
MICHAEL D. SAILY
MICHELLE LEWIS SALZMAN
ALEXANDER C. SANTEE
MATTHEW M. SHATZKES
DAYNA B. TANN
COLLEEN M. TARPEY

LACEY E. TUCKER
ALICIA M. WILSON
DAVID E. ZABELL
MADELIN L. ZWERLING

SENIOR ATTORNEYS
JOHN BECKER
ROBERT A. DEL GIORNO
JACQUELINE H. FINNEGAN
MOLLY M. RUBIN
GREGORY E. SMITH
JUSTIN M. VOGEL

OF COUNSEL
DAVID J. BIEHL
GEORGE M. GARFUNKEL
STUART M. HOCHRON, M.D.

LICENSED IN NEW YORK
LICENSED IN NEW JERSEY
LICENSED IN CONNECTICUT
RESPONSIBLE PARTNERS FOR NEW JERSEY OFFICE

FILE NO.: 9611.0009
REPLY TO: New York

WRITER'S EMAIL: jhsi@garfunkelwild.com
WRITER'S DIRECT DIAL: (516) 393-2298

January 10, 2013

RECEIVED
JAN 10 2013
CHAMBERS OF
JOHN G. KOELTL
U.S.D.J.
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#
DATE FILED: 1/10/13

**By Facsimile**

The Honorable John G. Koeltl
United States District Judge
United States Courthouse
500 Pearl Street
New York, New York 10007

Re: *Grand Manor Health Related Facility, Inc. v. Hamilton Equities Co., et al.*, Docket # 12-cv-4916

Dear Hon. Koeltl:

This office represents the Plaintiff / Intervener Grand Manor Health Related Facility, Inc. in the above-referenced matter. We write on behalf of Grand Manor and the Interpleaded Defendants United States Department of Housing and Urban Development and the Berkadia Commercial Mortgage, LLC, to respectfully request a seven-day extension of time to serve and file replies on the parties' respective motions seeking dismissal of the Supplemental Interpleader Complaint from January 11, 2013 to January 18, 2013. Hamilton Equities has consented to this request, which is made for the first time in connection with this deadline.

Thank you for your consideration.

APPLICATION GRANTED
SO ORDERED

[signature]

John G. Koeltl, U.S.D.J.

1/10/13

Respectfully yours,

[signature]

Jason Hsi

JAN-10-2013 10:50 From: GARFUNKEL WILD 5164665969 To: 212 805 7912 P.3/3

Hon. John G. Koeltl
January 10, 2013
Page 2

Jason Hsi

cc: *(by facsimile and e-mail)*: Rebeccas S. Tinio, Esq.
John Macron, Esq.
Steven S. Rand, Esq.

GARFUNKEL WILD, P.C.

2362089v.1