

**MACRON & COWHEY, P.C.**
491 Bard Avenue, Second Floor
Staten Island, NY   10310
718-474-0111

March 7, 2013

<u>Via Facsimile 212-805-7912</u>

Honorable John G. Koeltl
United States District Court
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street, Chamber 12B
New York, New York 10007-1312

APPLICATION GRANTED
SO ORDERED

/s/ John G. Koeltl
John G. Koeltl, U.S.D.J.
3/7/13

RE:   **Grand Manor v Hamilton Equities**
      <u>Docket No.: 12 Civ 4916 -JGK</u>

Dear Judge Koeltl:

This firm represents the remaining Defendants and Third Party Plaintiffs in the referenced action.

Unfortunately, earlier this week my mother passed away. Accordingly I will be out of my office until early next week. I have reviewed your Order of February 25, 2013, and though no time-frame is set within that Order, I respectfully request you allow me to submit the reply requested by next Wednesday, March 13, 2013.

Respectfully submitted,

<u>/s/ *John J. Macron*</u>
John J. Macron

Cc: Roy Breitenbach, Esq. (via email)
    Rebecca Tinio, Esq. (via email)
    Steven Rand, Esq. (via email)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 3/7/13