UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
GRAND MANOR,

                Plaintiff(s),

   -against-

HAMILTON EQUITIES,

              Defendant(s).
------------------------------------------------------------X

**NOTICE OF ORAL ARGUMENT**

12 civ 4916 (JGK)

To All Parties,

You are directed to appear for oral argument on the pending motion(s), to be held on **Tuesday, April 16, 2013 at 2:30pm** in Courtroom 12B, in front of the Honorable John G. Koeltl.

**All requests for adjournments must be made in writing to the Court.**

For any further information, please contact the Court at (212) 805-0107.

Don Fletcher
Courtroom Case Manager

Dated: New York, New York
       April 1, 2013

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/1/2013