United States District Court
Southern District of New York

---

GRAND MANOR HEALTH RELATED FACILITY,
INC.,

                      Plaintiff,

- against -

HAMILTON EQUITIES COMPANY, ET AL.,

                      Defendants.

12 Civ. 4916 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

The hearing currently scheduled for **April 16, 2013**, has been rescheduled. The parties are directed to appear for oral argument on the pending motions on **Wednesday, April 10, 2013, at 10:30 a.m.**

SO ORDERED.

Dated:    New York, New York
           April 2, 2013

                                              John G. Koeltl
                                      United States District Judge

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/2/2013
```