United States District Court
Southern District of New York

---

GRAND MANOR HEALTH RELATED FACILITY,
INC.,

                Plaintiff,

- against -

HAMILTON EQUITIES COMPANY, ET AL.,

                Defendants.

12 Civ. 4916 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

    The parties are directed to appear for a telephonic conference with the Court on **Friday, April 19, 2013, at 10:30 a.m.** The plaintiff should initiate the conference call and contact the Court at (212) 805-0222.

SO ORDERED.

Dated:    New York, New York
            April 16, 2013

                                      John G. Koeltl
                                United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 4/16/13