United States District Court
Southern District of New York

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 4/22/13
```

---

GRAND MANOR HEALTH RELATED FACILITY, INC.,

                Plaintiff,

- against -

HAMILTON EQUITIES COMPANY, ET AL.,

                Defendants.

12 Civ. 4916 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

As stated at the conference held today, Grand Manor shall submit a letter to the Court by **April 22, 2013**, explaining whether it seeks to move to amend its initial complaint in this case. Any other party may also submit a letter by **April 22, 2013**, explaining why, if the Interpleader Complaint and the Supplemental Interpleader Complaint are dismissed, the Court should not decline to exercise supplemental jurisdiction and dismiss the initial Grand Manor complaint and the Hamilton Equities "Third Party Complaint" against Grand Manor for lack of federal jurisdiction.

SO ORDERED.

Dated:    New York, New York
           April 19, 2013

                                    John G. Koeltl
                              United States District Judge